Commonwealth ex rel. Montanez, Appellant, *v.* Maroney.

Submitted December 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Pedro Montanez,* appellant, in propria persona.

*Louis F. McCabe* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, March 19, 1963:

It has been held repeatedly that habeas corpus is not a substitute for an appeal. *Commonwealth ex rel. Coffman v. Keenan,* 198 Pa. Superior Ct. 80, 182 A. 2d 288. Nevertheless, we have considered the matters

raised by appellant and conclude that they have been properly disposed of by the lower court. Therefore we affirm the order of the Court of Common Pleas No. 5 of Philadelphia County on the opinion of President Judge SLOANE, reported at 29 Pa. D. & C. 2d 383.